IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MICHELLE R. WILLIAMS o/b/o E.W.,** ) | Case No. 5:15cv844 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | **O R D E R** |
| ) | |
| **Commissioner of Social Security,** ) | |
| ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **Defendant.** ) | |
| ) | |

On April 30, 2015, Plaintiff filed a complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge Kathleen B. Burke pursuant to Local Rule 72.2 (Dkt. #5). On March 11, 2016, the Magistrate Judge recommended that the Court affirm the Commissioner's decision. (Dkt. #17).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd,

474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Burke's Report and Recommendation is **ADOPTED** and the Commissioner's decision is affirmed.

IT IS SO ORDERED.

Dated:4/5/2016

                                         *S/Christopher A. Boyko*
                                         CHRISTOPHER A. BOYKO
                                         UNITED STATES DISTRICT JUDGE